HERMAN FROHMANN and Another, Appellants, v. MONTROSS BOND AND REALTY COMPANY and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

CHARLES SIGGIA, as Administrator, etc., of JOSEPH SIGGIA, Deceased, Respondent, v. EBLING BREWING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

GERTRUDE HORNSTEIN, Appellant, v. MIRIAM KATZ, Respondent.— Judgment affirmod, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

RAYMOND GUYER, Appellant, v. WILLIAM A. NICHOLLS and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.; Clarke, P. J., dissenting.

LOUIS ABRAHAMS, Respondent, v. JACOB SHAINESS and Another, Appellants. (Action No. 1.) — Judgment and order reversed and new trial granted, with costs to appellants to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $500; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ROSE ABRAHAMS, Respondent, v. JACOB SHAINESS and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE GRIFINGER, Appellant. (Appeal No. 1.) — Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE GRIFINGER, Appellant. (Appeal No. 2.) — Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

BASIL J. TSIVOGLOU, Respondent, v. SOCIETA NAZIONALE DI NAVIGAZIONE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of Proving the Last Will and Testament of GEORGE A. WHEELOCK, Deceased, as a Will of Real and Personal Property.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HANNAH MacCORMICK, as Administratrix, etc., of GERARD MacCORMICK, Deceased, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Defendant, Impleaded with NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.; Smith, J., dissenting on the ground that upon the evidence plaintiff's intestate was guilty of contributory negligence.

EDWARD A. VELLER, as Survivor of the Partnership, etc., Respondent, v. BEVERWYCK COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KEVORKIAN, INC., Appellant, v. KURT HEYMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.